UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KELLY S. COOLIDGE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:04-CV-1240-SEB-VSS |
| | ) | |
| CONSOLIDATED CITY OF | ) | |
| INDIANAPOLIS AND MARION | ) | |
| COUNTY, | ) | |
|     Defendant. | ) | |

## **JUDGMENT**

Pursuant to the Court's entry of this date, final judgment is entered in favor of Defendant and against Plaintiff. Each party shall bear its own costs.

IT IS SO ORDERED.

Date: August 30, 2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:

Robin C. Clay
OFFICE OF CORPORATION COUNSEL
rclay@indygov.org

Richard L. Darst
COHEN GARELICK & GLAZIER
rdarst@fed-law.com

Allison Wells Gritton
OFFICE OF CORPORATION COUNSEL

agritton@indygov.org

agritton@indygov.org